UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,**<br><br>v.<br><br>[1] LUIS PINELA-PIZARRO,<br>[26] WALESKA SANTANA-HERNANDEZ,<br>    **Defendant.** | **CRIMINAL NO. 21-327 (ADC)** |

**BILL OF PARTICULARS**
(Forfeiture)

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to 21 U.S.C. §§ 841, 846, and 853 and the Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the narcotics forfeiture allegation set forth in the Indictment filed in the present criminal case: $13,213.13 IN UNITED STATES CURRENCY.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of November 2021.

W. STEPHEN MULDROW
United States Attorney

*/s/*Victor O. Acevedo-Hernández
Victor O. Acevedo-Hernández
Assistant United States Attorney
U.S.D.C. No. 227813

1

*Criminal No.: 21-327 (ADC)*

Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, PR 00918
Tel. (787) 766-5656; Fax. (787) 766-5398
Email: victor.o.acevedo@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 3rd day of November 2021.

*/s/*Victor O. Acevedo-Hernández
Victor O. Acevedo-Hernández
Assistant United States Attorney